1

2

3    **IN THE UNITED STATES DISTRICT COURT FOR THE**

4    **EASTERN DISTRICT OF CALIFORNIA**

5

6    JEREMY HOLLIS,                                    )          1:10-cv-01804 GSA PC
                                                       )
7                            Plaintiff,                )          ORDER DISMISSING ACTION ON
                                                       )          PLAINTIFF'S MOTION
8              v.                                       )
                                                       )          (ECF No. 10)
9    DR. PARKER, et al.,                               )
                                                       )
10                          Defendants.                )
     _____          )

11

12

13        Plaintiff is a state prisoner proceeding pro se in this civil rights action.  Plaintiff has

     consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c).

14        Plaintiff has filed a motion to voluntarily dismiss this action.  Plaintiff indicates that at

15   the time this action was filed, he had not fully exhausted his available administrative remedies.

16   Plaintiff indicates that he has now properly exhausted his claims.

17        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff may dismiss this

18   action on his own motion so long as a responsive pleading has not been filed.  No answer has

19   been filed, and no appearance has been entered by any defendant.  Plaintiff's motion should

20   therefore be granted.

21        Accordingly, IT IS HEREBY ORDERED that this action is dismissed, without prejudice,

22   on Plaintiff's motion.   The Clerk is directed to close this case.

23        IT IS SO ORDERED.

24    **Dated:    September 26, 2012**                          _/s/ Gary S. Austin_
                                                         UNITED STATES MAGISTRATE JUDGE
25

26

27

28